ACCEPTED
03-14-00445-CR
4347922
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 11:36:22 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00445-CR**

| | | |
|---|---|---|
| **ALICIA MIDKIFF** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **V.** | § | **THIRD JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 11:36:22 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, ALICIA MIDKIFF, Appellant, through her counsel of records on appeal, and files this motion for extension of approximately 30 days in which to file her appellate brief in the above-entitled and numbered case. In support of this motion, Appellant shows the Court the following:

I.

The current deadline for filing the appellant's brief on appeal has not passed. The current deadline for filing the appellant's brief is March 4, 2015. There have been no previous requests for extension of time to file this brief.

II.

Although counsel has been diligently working on this case, the regular press of criminal defense business in the trial courts of Williamson and surrounding counties has limited the amount of time counsel has had to complete the drafting of Appellant's brief. Counsel fully expects this brief to be completed within the requested extension period, and apologizes to the Court for the necessity of filing her request for extension.

Counsel's affidavit is attached, attesting to the above-described situation.

WHEREFORE, appellant prays the Court grant this motion and extend the deadline for filing the brief from March 4, 2014 to April 4, 2014.

Respectfully submitted,

/s/ *Crystal D. Murray*
Crystal D. Murray
SBN: 24029611
1001 Cypress Creek Rd., Ste. 405
Cedar Park, Texas 78641
512-257-1010
512-257-0005
crystal@cedarparklaw.com

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was fax to the Williamson County Attorney's Office on this the 3rd of March, 2015 at 512-943-1120.

/s/ *Crystal D. Murray*
Crystal D. Murray

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have discussed the merits of this motion and the relief requested by this motion with the Appellee's attorney, James Lamarca, via email and prior to the filing of this motion, on March 3, 2014. Mr. LaMarca is unopposed to this motion.

/s/ *Crystal D. Murray*
Crystal D. Murray

# AFFIDAVIT

**THE STATE OF TEXAS**         *

                                      *

**COUNTY OF WILLIAMSON**     *

        BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared,

Crystal D. Murray, who being first duly sworn stated the following:

        "My name is Crystal D. Murray, and I am the attorney of record for the appellant in Case No. 03-14-00445-CR, now pending before the Third Court of Appeals.  I have prepared the foregoing Motion for Extension of Time to File Appellate Brief, and everything contained within is true and correct."

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME by Crystal D. Murray on this the 3rd day of March, 2015.

MADELINE REBECCA ADAMS
Notary Public, State of Texas
My Commission Expires
March 19, 2016

_____
NOTARY PUBLIC